UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10338-DMG (GJSx) | Date | January 26, 2021 |
| Title | *Orlando Garcia v. Juan Puente, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On December 10, 2020, the Court issued an Order setting a Scheduling Conference in this case [Doc. # 17]. That Order required the parties to file a Joint Rule 26(f) Report and warned that "[t]he failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." Id. at 4.

On January 25, 2021, Plaintiff filed a unilateral Rule 26(f) report. Defendants are ordered to show cause, in a written response filed by no later than **February 9, 2021,** why sanctions should not be imposed for his failure to cooperate in the filing of the joint report. Failure to timely file a written response to this Order will result in the striking of Defendants' Answer and entry of default. The filing of a proper **Joint** Rule 26(f) Report by the above deadline will be deemed an adequate response.

IT IS SO ORDERED.